## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          NO. 4:10CR00228-03 JLH

RAY JOHNSON                                                       DEFENDANT

### ORDER

Pending before the Court is the government's Motion for Revocation of defendant Ray Johnson's supervised release. Document #102. The government requested that a warrant be issued for defendant's arrest. The Court has determined that a summons will be appropriate for this hearing, therefore, the request for warrant is denied.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, JUNE 11, 2013, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The Clerk of Court is directed to issue a summons for defendant **RAY JOHNSON,** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Kim Driggers is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 28th day of May, 2013.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE