FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 03 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         NO. 4:10CR00228-03 JLH

RAY JOHNSON                                                                              DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, July 3, 2013, for a scheduled hearing on the government's motion to revoke supervised release of defendant Ray Johnson. Document #102. Assistant United States Attorney Edward Walker was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Kim Driggers.

Upon inquiry from the Court, Johnson admitted all of the allegations in the motion to revoke. Following statements by the defendant and counsel, the Court determined that the motion to revoke should be GRANTED, and the defendant's supervised release revoked. Document #102.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **THIRTY (30) DAYS to expire on July 24, 2013. Supervised release is reimposed for a term of one (1) year, with the first ninety (90) days spent in the City of Faith residential reentry facility in Little Rock, Arkansas.** The defendant is remanded to the custody of the United States Marshal. Following completion of the term of incarceration, the defendant must report to the United States Probation Office for processing and will be informed of his report date to the City of Faith.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 3d day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE